Joshua L. Benson, Esq.
Nevada Bar No. 10514
BENSON ALLRED
333 N. Rancho Dr., Ste 420
Las Vegas, Nevada 89106
Telephone: (702) 820-0000
Facsimile: (702) 820-1111
E-mail: josh@bensonallred.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOANN NICHOLS, individually, <br><br> Plaintiff, <br><br> v. <br><br> JOHN SCHELL, individually; BARBARA SCHELL, individually; DOES I-V, individually; ROE CORPORATIONS VI-X; <br><br> Defendants. | Case No.: 2:23-cv-00261-RFB-BNW <br><br> Eighth Judicial District Court Case No.: A-22-863291-C <br><br> ECF No. 3 |

### **STIPULATON AND ORDER TO REMAND**

Plaintiff, JOANN NICHOLS, by and through her counsel of record, Joshua L. Benson, Esq., of the law offices of BENSON ALLRED INJURY LAW, and Defendants, JOHN SCHELL and BARBARA SCHELL, by and through their counsel of record, the law offices of LEWIS BRISBOIS BISGAARD & SMITH, LLP, hereby stipulate and agree to remand this case back to the Eighth Judicial

///

///

///

///

///

///

///

///

District Court, Clark County, Nevada.

    IT IS SO STIPULATED.

Dated this 7th of March 2023.

BENSON ALLRED INJURY LAW

By: /s/ *Joshua Benson*
    Joshua L. Benson, Esq.
    Nevada Bar No. 10514
    333 N. Rancho Dr., Ste 420
    Las Vegas, Nevada 89106
    *Attorneys for Plaintiff*

Dated this 7th of March 2023.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ Michael Smith
    Darrell D. Dennis, Esq.
    Nevada Bar No. 6618
    Michael R. Smith, Esq.
    Nevada Bar No. 12641
    6385 S. Rainbow Blvd., Ste 600
    Las Vegas, Nevada 89118
    *Attorneys for Defendants John Schell & Barbara Schell*

## ORDER

Based on the parties' stipulation [ECF No. 3] and it appearing that this court lacks jurisdiction over this matter, IT IS HEREBY ORDERED that **this case is REMANDED back to the Eighth Judicial District Court, Case No. A-22-863291-C, Department 5**. The Clerk of Court is directed to CLOSE THIS CASE.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 2nd day of May, 2023.